## G.W. MEDICAL PUBLISHING, INC., Appellant,

v.

## Antoinett MULDOON and Division of Employment Security, Respondents.

### No. 71562.

Missouri Court of Appeals,
Eastern District,
Division One.

May 27, 1997.

Gerald M. Dunne, Albert S. Watkins, Richard B. Hein, Clayton, for appellant.

---

Antionett Muldoon, St. Louis, pro se.

Larry R. Ruhmann, Div. of Employment Security, St. Louis, for respondents.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

G.W. Medical Publishing, Inc., appeals from the decision of the Labor and Industrial Relations Commission which affirmed the dismissal of its prior appeal by the Appeals Referee of the Missouri Division of Employment Security. We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).